IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHONDA CULLINS § | |
| § | |
| v. § | CASE NO. _____ |
| § | **JURY** |
| KROGER TEXAS, LP § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Kroger Texas, L.P. (incorrectly identified as "Kroger Texas, LP") (hereinafter "Kroger" or "Defendant"), while fully reserving all rights and defenses, file this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division. Removal is proper under 28 U.S.C. §§1332 and 1441(a) because this is an action over which the United States District Court for the Southern District of Texas, Houston Division, has original diversity jurisdiction, as it is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully would show as follows:

### I.   GROUNDS FOR REMOVAL

1. This case is removable to this Court based on diversity jurisdiction under 28 U.S.C. §§1332 and 1441(a).

2. Plaintiff Shonda Cullins (hereinafter "Plaintiff") is a citizen of and an individual residing in Harris County, Texas.[1]

3. Defendant Kroger Texas, L.P. is a limited partnership. KRGP, Inc. is the General Partner of Kroger Texas L.P., and KRLP, Inc. is the Limited Partner of Kroger Texas L.P. Both are organized and existing under the laws of the State of Ohio.

4. As described more fully below, Plaintiff seeks to recover from the Defendant an

---

[1]   *See* Plaintiff's Original Petition attached hereto as <u>Exhibit A</u>, at ¶ 2.

amount in excess of $75,000.00, excluding interest and costs, in her state court action.

## II.  PENDING STATE SUIT

5. On or about April 22, 2022, Plaintiff filed a civil action against Defendant in Cause No. 2022-24232 styled *Shonda Cullins v. Kroger Texas, LP* in the 61st Judicial District Court of Harris County, Texas.[2]

6. According to Plaintiff's Original Petition, she was injured at a store located at "14221 E. Sam Houston Parkway, Houston, Texas" that Defendant allegedly owned, occupied, and/or controlled.[3]

7. Plaintiff claims she slipped and fell in a "dangerous substance on the floor" in the store at issue, which purportedly caused her to sustain severe and extensive injuries to her body.[4]

8. The name and address of the Court from which the case is being removed is:

> 61st Judicial District Court
> Harris County Civil Courthouse
> 201 Caroline, 9th Floor
> Houston, Texas 77002

## III.  STATE COURT DOCUMENTS

9. The following documents are attached to this Notice of Removal:

> Exhibit A   Plaintiff's Original Petition.
>
> Exhibit B   Notice of Service of Process.
>
> Exhibit C   Defendant's Original Answer.
>
> Exhibit D   An index of matters being filed.
>
> > D-1   Copy of the state court Docket Sheet/Record.
> >
> > D-2   Copy of Citation.

---

[2] See Exhibit A.
[3] *Id.* at ¶¶ 8 and 11.
[4] *Id.* at ¶ 8.

      D-3    A list of all counsel of record, addresses, telephone numbers, and parties.

      D-4    Civil Cover Sheet.

## IV.    TIMING OF REMOVAL

10.    Defendant was served with Plaintiff's Original Petition on April 22, 2022.[5] This Notice of Removal is being filed within 30 days of service of the Original Petition upon Defendant and is timely filed under 28 U.S.C. §1446(b).

## V.    JURISDICTION

11.    Pursuant to 28 U.S.C. §1332, a defendant has a right to remove a case to federal court if the case involves a dispute between completely diverse parties and the amount in controversy, excluding interest and costs, exceeds $75,000.00.

12.    Plaintiff has asserted that she seeks monetary relief over $1,000,000.00.[6] Based on the allegations in Plaintiff's Original Petition, this matter is removable to this Court under 28 U.S.C. §1332 because the amount in controversy, excluding interests and costs, exceeds $75,000.00.

13.    Plaintiff also alleges in her Original Petition that she is a citizen and resident of Texas.[7]

14.    Defendant Kroger Texas L.P. is a limited partnership organized and existing under the laws of the State of Ohio. The following are the partners of Defendant, all of whom are incorporated in and citizens of the State of Ohio:

    a.    KRGP, Inc. is the General Partner of Kroger Texas L.P. KRGP, Inc. is incorporated in the State of Ohio and its principal places of business is in the State of Ohio.

---

[5] *See* Notices of Service of Process attached hereto as <u>Exhibit B</u>.
[6] *See* <u>Exhibit A</u>, ¶ 31.
[7] *Id.* at ¶ 2.

      b.    KRLP, Inc. is the Limited Partner of Kroger Texas L.P. KRLP, Inc. is incorporated in the State of Ohio and its principal places of business is in the State of Ohio.

15. Accordingly, there exists complete diversity of citizenship between Plaintiff and Defendant under 28 U.S.C. §1332.

## VI.    VENUE

16. Pursuant to 28 U.S.C. §1441(a), venue for this action is proper in the United States District Court for the Southern District of Texas, Houston Division, as it is the federal judicial district that encompasses the 61st Judicial District Court of Harris County, Texas, where the state action was originally filed.

## VII.    NOTICE TO ADVERSE PARTIES AND TO STATE COURT

17. As the removing party, Defendant will give Plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C. §1446(d).

18. Defendant will also file a copy of this Notice of Removal with the 61st Judicial District Court of Harris County, Texas, where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

## VIII.    ANSWER

19. Defendant timely filed an answer in the state court action. By removing this action to this Court, Defendant does not waive any defenses, objections or motions available to it under state or federal law, and will timely file responsive pleadings to Plaintiff's Original Petition in this Court as well.

## PRAYER

20. For these reasons and in conformity with 28 U.S.C. §1446, Defendant respectfully removes the civil action styled *Shonda Cullins v. Kroger Texas, LP*, and bearing Cause No.

4

2022-24232 on the docket of the 61st Judicial District Court of Harris County, Texas.  Defendant prays for such other and further relief, both general and special, at law and in equity, to which it may show it is justly entitled.

          Respectfully submitted by,

          */s/ Adraon D. Greene*
          Adraon D. Greene
           Attorney-in-Charge
           Federal Bar No. 25029
           State Bar No. 24014533
           agreene@gallowaylawfirm.com
          Whitney T. Joseph
           State Bar No. 24118429
           Federal Bar No. 3708325
           wjoseph@gallowaylawfirm.com

**OF COUNSEL:**
**GALLOWAY, JOHNSON, TOMPKINS**
  **BURR & SMITH**
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Phone
(713) 599-0777 – Fax
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 24th day of June, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

*Via E-Service: jeff@jefftoddlaw.com*
Jeffrey N. Todd
THE TODD LAW GROUP, PLLC
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
Phone: (832) 243-4953
Fax: (713) 583-7818
**ATTORNEY FOR PLAINTIFF**

               */s/ Adraon D. Greene*
               Adraon D. Greene
               Whitney T. Joseph